UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
ZURICH AMERICAN INSURANCE :
COMPANY, :
:
                Plaintiff, :       21-CV-8203 (VSB)
:
    -against- :       **ORDER**
:
:
EMIRATES, et al., :
:
             Defendants. :
:
------------------------------------------------------------ X

VERNON S. BRODERICK, United States District Judge:

    On October 5, 2021, Plaintiff initiated this action. (Doc. 1.) After an extension of time, (Doc. 16), Defendants answered on November 30, 2021, (Doc. 17). On December 1, 2021, I issued an initial pretrial conference order, directing the parties to submit a joint letter and proposed case management plan and scheduling order on or before December 15, 2021. (Doc. 18.) The parties have not done so. Accordingly, the parties are hereby:

    ORDERED to file the joint letter and proposed case management plan and scheduling order by no later than December 27, 2021. If the parties fail to do so, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:   December 20, 2021
           New York, New York

                                                              VERNON S. BRODERICK
                                                              United States District Judge