```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/28/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ZURICH AMERCIAN INSURANCE
COMPANY,

                                              Plaintiff,                          **ORDER SCHEDULING PRE-SETTLEMENT TELEPHONE CONFERENCE**

         -against-

EMIRATES, et al.,                                                         21-CV-8203 (VSB)

                                       Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       This case has been referred to me for settlement purposes (docket no. 24).  A telephone conference will be held on **Tuesday, February 8, 2022 at 2:00 p.m.** in advance of a settlement conference.  The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

       SO ORDERED.

Dated: December 28, 2021
       New York, New York

                                                               _____
                                                                KATHARINE H. PARKER
                                                                United States Magistrate Judge