```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY  FILED           │
│ DOC #:_____            │
│ DATE FILED:  03/20/2022         │
└─────────────────────────────────┘
```

# MEMO ENDORSED



The Chrysler Building

405 Lexington Avenue

New York, New York 10174

Telephone: 212 710 3900

Facsimile: 212 710 3950

www.clydeco.us

philip.weissman@clydeco.us

Direct Line: + 1 212 710 3921

March 19, 2022

**VIA ECF**
Hon. Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:**   ***Zurich American Insurance Co. v. Emirates et al.***
   **Case No. 1:21-cv-08203**

Dear Magistrate Judge Parker:

We represent defendant Emirates in the above-referenced action and submit this letter with the consent of Plaintiff Zurich American Insurance Co. to respectfully request an adjournment to the telephonic settlement conference scheduled for March 29, 2022 at 2:00 PM.  This is the first request for adjournment or extension in this action.

Emirates requests the extension because both attorneys representing Emirates in this action, Andrew Harakas and Philip Weissman, are no longer available for the March 29, 2022 conference.  Mr. Harakas is traveling on March 29, 2022.  Mr. Weissman is appearing for a mediation in a personal injury action that has been pending for years and in which there was difficulty in setting a mediation date.

The parties continue to explore settlement, have exchanged offers and counteroffers, and appear close to a resolution.  The parties are available for a telephonic conference any day from April 11 to April 14.  If possible, Emirates respectfully requests that the Court reschedule the telephonic conference to a morning time to accommodate an Emirates representative participating from outside the US.

Emirates thanks the Court for its consideration of the above request.

Respectfully yours,

   /s/ *Philip Weissman*
   Philip R. Weissman, Esq.
   PRW/kr

cc:    David Y. Loh, Esq.

**APPLICATION GRANTED:** The telephonic settlement conference in this matter scheduled for Tuesday, March 29, 2022 at 2:00 p.m. is hereby reschedule to <u>Tuesday, May 3, 2022 at 10:00 a.m.</u> Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. <u>Please dial (866) 434-5269, Access code: 4858267.</u> Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than <u>April 26, 2022 by 5:00 p.m.</u>

APPLICATION GRANTED

Hon. Katharine H. Parker, U.S.M.J.

03/20/2022