```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/31/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ZURICH AMERCIAN INSURANCE
COMPANY,

                              Plaintiff,

       -against-

EMIRATES, et al.,

                              Defendants.
-----------------------------------------------------------------X

**ORDER ADJOURNING**
**SETTLEMENT CONFERENCE**

21-CV-8203 (VSB)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

In light of the Notice of Settlement filed on March 30, 2022 (doc. no 29) the Settlement Conference currently scheduled for **May 3, 2022** is hereby adjourned *sine die*.

SO ORDERED.

Dated: March 31, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge